IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

DEC 18 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ANTHONY WEIMER, | CV 18–78–M–DLC–JCL |
| Plaintiff, | |
| vs. | ORDER |
| GOOGLE INC.; MICROSOFT CORPORATION; FEDERAL COMMUNICATION COMMISSION: U.S. DEPARTMENT OF JUSTICE, | |
| Defendants. | |

On October 24, this case was closed. (Docs. 51 & 52.) The Court later received two motions to reconsider (Docs. 53 & 56), both of which it denied (Docs. 55 & 57). In denying the second motion for reconsideration on December 12, 2018, the Court ordered that it would not consider any additional filings in this matter that did not relate directly to Plaintiff Anthony Weimer's ability to appeal this Court's decision.

Accordingly, IT IS ORDERED that, effective December 12, 2018, the Clerk of Court shall not accept any filings that do not relate directly to Weimer's ability to appeal from the final entry of judgment in this matter.

DATED this 18th day of December, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court